HEDWIG SIENIEWICZ, as Administratrix of the Estate of FELIKS SIENIEWICZ, Deceased, Appellant, *v.* MERUSAD REALTY CORP., Respondent.

Argued December 2, 1943; decided January 13, 1944.

*Joseph J. Brophy, Edward A. Shandell, Desmond T. Barry* and *Abbott L. Levine* for appellant.

*William J. Tropp* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.